RECEIVED
SDNY PRO SE OFFICE
2019 MAY 13 PM 2:33
S.D. OF N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Joshua Adam Schulte
(full name of the plaintiff/petitioner)

-against-

Attorney General of the United States, et al
(full name(s) of the defendant(s)/respondent(s))

19 cv 3346 (CM)( )
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

SDNY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-13-19

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

5/1/19
Date

Signature

Schulte, Joshua A
Name (Last, First, MI)

79471054
Prison Identification #

MCC 150 Park Row       New York     NY     10007
Address                City          State   Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 8/5/15



Josh Schulte #79471054
MCC
150 Park Row
NY NY 10007

RECEIVED 2019 MAY 10 PM 3:06 CLERK'S OFFICE S.D.N.Y.

ATTN: 19-CV-3346 CM
Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

2019 MAY 13 PM 2:33
S.D. OF N.Y.
PRO SE OFFICE
RECEIVED