UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA ADAM SCHULTE,

    Plaintiff,

-against-

ATTORNEY GENERAL OF THE UNITED STATES, et al.,

    Defendants.

19-CV-3346 (PAC)

ORDER DENYING IFP APPLICATION

PAUL A. CROTTY, United States District Judge:

By order dated August 14, 2019, the Court directed the Clerk of Court to administratively close this action, with leave to reopen following resolution of the underlying criminal proceedings against Plaintiff. On September 6, 2019, Plaintiff filed a notice of appeal of the order of dismissal, and he seeks leave to proceed *in forma pauperis* (IFP) on appeal. (ECF Nos. 12-14.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order of dismissal without prejudice (ECF No. 11) would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January 23, 2020
      New York, New York

                                      PAUL A. CROTTY
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-2020