UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE,                                              :
:
                     Plaintiff,                         :
:      19-CV-3346 (JMF)
    -v-                                                       :
:          ORDER
ATTORNEY GENERAL OF THE UNITED                                    :
STATES et al.,                                                    :
:
                     Defendants.                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 5, 2022, Matthew Russell Lee, representing Inner City Press, submitted a request to unseal certain documents filed in this case. ECF No. 18. The case was sealed before being reassigned to the undersigned. The Court unsealed the case, except for ECF No. 2-1, on July 8, 2022. *Id.* The Court now concludes that there is no reason for ECF No. 2-1 to remain under seal. The Clerk of Court is directed to remove all viewing restrictions on ECF No. 2-1 and to mail a copy of this Order to Plaintiff in the Metropolitan Detention Center.

      SO ORDERED.

Dated: July 25, 2022
       New York, New York
                                                        JESSE M. FURMAN
                                                        United States District Judge