UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE,                                                    :
:
　　　　　　　　　　Plaintiff,                                          :
:       19-CV-3346 (JMF)
　　　　　-v-                                                           :
:       ORDER
:
ATTORNEY GENERAL OF THE UNITED                                          :
STATES et al.,                                                          :
:
　　　　　　　　　　Defendants.                                         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　　This case is stayed pending the resolution of Plaintiff's criminal case.  ECF No. 11.  On April 22, 2022, Plaintiff filed a letter seeking leave to "update the FTCA and *Bivens* ongoing claims" and "update[e] the defendants" in this action.  ECF No. 17.  Although Plaintiff states that he does not seek leave to amend his complaint, he cannot "update" his claims and the defendants in this action without doing so.  For that reason, Plaintiff's motion will be construed as a motion for leave to file an amended complaint.  The Court concludes that it is in the interests of justice to permit Plaintiff to amend his complaint to preserve any claims that may have accrued while this case has been stayed.  Accordingly, Plaintiff's motion is GRANTED.  Any amended complaint shall be filed by **August 26, 2022**.  This case otherwise remains stayed — and administratively closed — pending the resolution of Plaintiff's criminal case.

　　　　The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

　　　　SO ORDERED.

Dated:  July 26, 2022
　　　　New York, New York                                  _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge