UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE,                                              :
                                                                  :
                        Plaintiff,                                :
                                                                  :     19-CV-3346 (JMF)
        -v-                                                       :
                                                                  :     ORDER
ATTORNEY GENERAL OF THE UNITED                                    :
STATES et al.,                                                    :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court received a letter from Plaintiff dated August 18, 2022, stating that he is unable to comply with the August 26, 2022 deadline to file an Amended Complaint. *See* ECF No. 21. In the interests of justice, the deadline for Plaintiff to file an Amended Complaint is hereby EXTENDED to **October 3, 2022**. All other relief Plaintiff seeks is DENIED.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: August 29, 2022
       New York, New York                              _____
                                                                  JESSE M. FURMAN
                                                            United States District Judge