UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE, :
:
Plaintiff, :
: 19-CV-3346 (JMF)
-v- :
: ORDER
ATTORNEY GENERAL OF THE UNITED STATES et :
al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received a letter on October 7, 2022, from Plaintiff dated September 13, 2022, stating that he was unable to comply with the deadline to file an Amended Complaint and requesting the appointment of pro bono counsel. ECF No. 23. In the interests of justice, the Court is prepared to appoint as pro bono counsel the attorneys who are providing limited representation to Plaintiff in his other civil suits, 21-CV-4042 and the consolidated cases, but those attorneys have requested time to confer with Plaintiff and review the case. Accordingly, the Court will decide whether to appoint pro bono counsel or provide other appropriate relief once the attorneys have had a chance to discuss this with Plaintiff.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: October 12, 2022
       New York, New York

                                                  JESSE M. FURMAN
                                                  United States District Judge