UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSHUA ADAM SCHULTE,                                                    :
:
                Plaintiff,                            :
:      19-CV-3346 (JMF)
     -v-                                                               :
:      ORDER GRANTING PRO
ATTORNEY GENERAL OF THE UNITED STATES et   :      BONO COUNSEL
al.,                                                                    :
:
                Defendants.                           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Following up on the Court's October 12, 2022 Order, and in the interests of justice, the Court hereby appoints Michael W. Martin, an attorney at Lincoln Square Legal Services, Inc., as pro bono counsel for Plaintiff in this matter. Further, Plaintiff's deadline for filing an amended complaint is hereby EXTENDED to **March 22, 2023**. The case otherwise remains stayed.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated:    October 19, 2022
           New York, New York

                                                          JESSE M. FURMAN
                                        United States District Judge