UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
JOSHUA ADAM SCHULTE, :
:
Plaintiff, :
: 19-CV-3346 (JMF)
-v- :
: ORDER
:
ATTORNEY GENERAL OF THE UNITED STATES, :
et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's October 19, 2022 Order, ECF No. 25, Plaintiff was required to file his Amended Complaint by March 22, 2023. To date, Plaintiff has not filed any amended pleading. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 7, 2023**.

SO ORDERED.

Dated: March 23, 2023
New York, New York

_____
JESSE M. FURMAN
United States District Judge